

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2015

No. 04-14-00754-CR

John Adrian **BARRERRA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 452nd District Court, Kimble County, Texas
Trial Court No. 2014-DCR-0463
Honorable Robert Hofmann, Judge Presiding

## O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is due May 14, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court